

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-17-00229-CR

CHRISTOPHER WILLIAM TEMPLIN, Appellant

§   On Appeal from the 235th District Court

§   of Cooke County (CR15-00170)

§   January 24, 2019

V.

§   Opinion by Justice Gabriel

THE STATE OF TEXAS

§   (nfp)

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no reversible error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By /s/ Lee Gabriel
Justice Lee Gabriel